IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIOKERN PETROLEUM CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BELLAIRE OIL COMPANY,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 13-0174 LJO MJS<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 13.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;
2. VACATES all pending matters and dates, including the April 17, 2013 hearing on defense motions to dismiss and to expunge lis pendens and the May 21, 2013 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 27, 2013**　　　　　　/s/  **Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE