# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RIOKERN PETROLEUM CORPORATION,          CASE NO. CV F 13-0174 LJO MJS

        Plaintiff,              **ORDER TO DISMISS AND CLOSE ACTION**
(Doc. 13.)

   vs.

BELLAIRE OIL COMPANY,

        Defendant.
_____/

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;
2. VACATES all pending matters and dates, including the April 17, 2013 hearing on defense motions to dismiss and to expunge lis pendens and the May 21, 2013 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 27, 2013**              /s/  Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE